O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE HERNANDEZ, MANUEL HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCESSOR IN-INTEREST TO CHASE MANHATTAN CORPORATION, NORTHWEST TRUSTEE SERVICES, INC., <br><br> Defendants. | Case No. CV 12-10304 DDP (MANx) <br><br> **ORDER GRANTING MOTION TO DISMISS** <br><br> [Dkt. Nos. 8 & 12] |

    Presently before the court is Defendant JP Morgan Chase Bank NA's Motion to Dismiss, joined by Defendant Northwest Trustee Services Inc.  Because Plaintiffs have not filed an opposition, the court GRANTS the Motion to Dismiss.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline,

1  may be deemed consent to the granting or denial of the motion."
2      The hearing on Defendants' Motion was set for February 28,
3  2013.  Plaintiffs' opposition was therefore due by February 4,
4  2013.  As of the date of this Order, Plaintiffs have not filed an
5  opposition, or any other filing that could be construed as a
6  request for a continuance.  Accordingly, the court deems
7  Plaintiffs' failure to oppose as consent to granting the Motion to
8  Dismiss, and GRANTS the Motion.
9  IT IS SO ORDERED.

12  Dated: February 21, 2013

                                    DEAN D. PREGERSON
                                    United States District Judge

2